[No. 7912-3-I.   Division One.   January 26, 1981.]

CLIFF C. MILLER, ET AL, *Appellants,* v. BETTY
SVIEN, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79-2-02171-5, Thomas G. McCrea,
J., entered July 25, 1979. *Dismissed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Callow, J.

[No. 8443-7-I.   Division One.   January 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EVERETT
DISTRICT COURT, ET AL, *Respondents,* CRAIG A.
SHARP, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79-2-04307-7, Daniel T. Kershner,
J., entered February 5, 1980. *Reversed* by unpublished
opinion per James, C.J., concurred in by Williams and
Andersen, JJ.

[No. 7823-2-I.   Division One.   January 26, 1981.]

WESTLAKE ASSOCIATES, INC., *Respondent,* v. PAUL
MALKASIAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 841509, James J. Dore, J., entered July 19,
1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Durham, J.